Opinion filed September 6, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 6, 2007 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00207-CV 

                                                    __________

 

                               IN THE MATTER OF THE ESTATE OF 

 THERESA A.
JOHNSON, DECEASED

 



 

                                  On
Appeal from the County Court at Law No. 2

                                                    Montgomery
 County, Texas

                                              Trial Court Cause No. 
06-23,180-P

 



 

                                             M
E M O R A N D U M   O P I N I O N

On April
4, 2007, the trial court signed the judgment determining heirship.  Marty Uphoff filed
a notice appeal.  An affidavit of
inability to pay costs on appeal was not filed. 
We dismiss.

Both the
clerk of the trial court and the court reporter have
stated in writing that Uphoff has failed to make
arrangements for the appellate record. 
On July 31, 2007, the clerk of this court wrote the parties directing Uphoff to file proof in this court of designation of and
payment for the appellate record on or before August 15, 2007.  There has been no response to our July 31
letter.

The
failure to file the appellate record appears to be due to Uphoff=s actions. 
Therefore, the appeal is dismissed for want of prosecution.  Tex. R. App. P. 37.3(b).

 

September
6, 2007                                                                   PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.